# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131982

PALM BEACH POLO HOLDINGS, INC.,
      Plaintiff/Counterdefendant-
      Appellant,

v

DAVID R. RYDER, Trustee of the GERTRUDE
WINSLOW DENISON RESTATEMENT OF
DECLARATION OF TRUST DATED 2/19/88,
and DENNIS DELONG, Personal Representative
of the Estate of FRANKLIN A. DENISON, SR.,
      Defendants/Counterplaintiffs-
      Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131982
COA: 259730
Allegan CC: 02-031349-CH

_____/

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

s1120